CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

NOAH STERN (CABN 297476)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6758
FAX: (415) 436-7234
Noah.Stern@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARLINE AZAMAT SINGH,<br><br>Defendant. | NO. CR 26-00307 HSG<br><br>STIPULATION TO EXCLUDE TIME FROM OCTOBER 21, 2026, TO FEBRUARY 22, 2027, AND ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Darline Azamat Singh, that time be excluded under the Speedy Trial Act from October 21, 2026, through February 22, 2027.

At the status conference held on October 21, 2026, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until February 22, 2027, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from October 21, 2026, through February 22, 2027, from computation under the Speedy Trial Act outweigh the best

interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: October 21, 2026

/s/
NOAH STERN
Assistant United States Attorney

DATED: October 21, 2026

/s/
JOHN PAUL REICHMUTH
Counsel for Defendant Darline Azamat Singh

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on October 21, 2026, and for good cause shown, the Court finds that failing to exclude the time from October 21, 2026, through February 22, 2027, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from October 21, 2026, to February 22, 2027, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from October 21, 2026, through February 22, 2027, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: 10/22/2026

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge